Honorable Clerk, Keith E. Hottle, Clerk    2 June 2015
Court of Appeal
Fourth Court of Appeals District
300 Dolorosa, Suite 3200
San Antonio, Tx 78205-3037

RE: Docket No. 04-14-00559-CR
    Trial court No. 307175

Robert Martinez
TDCJ ID No. 1931397
Lopez State Jail
1203 El Cibolo Rd
Edinburg, Tx 78542

VIA U.S. MAIL

Greetings Honorable Clerk:

In Good Faith I am requesting the following papers,

| EVENT DATE | EVENT | REMARKS |
|---|---|---|
| ① 1-15-2015 | ORDER ENTERED | WE reinstate this Appeal on this court's docket. appellant's brief is due 2-16-15 |
| ② 4-20-15 | MT EXT BRIEF FLD | app's 2nd ext |
| ③ 4-21-15 | MT EXT BRIEF DISP | app's 2nd ext. granted in part NFE |
| ④ 4-21-15 | ORDER ENTERED | app's 2nd ext granted in part NFE |

Honorable Clerk, the above requested documents I have Never received a copy of such. If I am Not entitled to these papers

Page 1 of 2

Please then forward the one's I am entitled to. I have never been contacted by appointed counsel (At this writing.)

Please bring this request to the attention of the Courts.

cc: file

Thank you

UNSWORN Declaration by Inmate

I Robert Martinez, TDCJ ID No. 1931397, Being presently incarcerated in the Tx. Dept. of Criminal Justice, Lopez State Jail, Hidalgo County, Texas, declare under penalty of perjury that the above and foregoing is true and correct to the best of my ability

2 June 2015

Robert Martinez
TDCJ ID No. 1931397
Lopez State Jail
1203 EL Cibolo Rd
Edinburg, Tx 78542

Legal Mail
2 June 2015

FILED
THE 4TH COURT OF APPEALS
SAN ANTONIO, TEXAS
2015 JUN -5 PM 12:27
KEITH E. HOTTLE, CLERK

MCALLEN, TX 785
03 JUN 2015 PM 2 T
FOREVER

Fourth Court of Appeals District
Honorable Clerk Keith E Hottle
300 Dolorosa, Suite 3200
San Antonio, Tx 78205-3037

782053037